# First District Court of Appeal
## State of Florida

_____

No. 1D2022-1682
_____

Darrell Lamar Castleberry,

Appellant,

v.

State of Florida

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John F. Simon, Jr., Judge.

August 13, 2024

Per Curiam.

Affirmed.

Osterhaus, C.J., and Rowe and Long, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.